UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| COUNTRY SIDE CENTER CORONA, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | ED CV 18-2401-JAK (SPx) |
| v. | |
| COUNTRY BBQ, INC., et al., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____          _____
Date                             United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ District Court lacks jurisdiction
- ☐ Legally and/or factually patently frivolous
- ☐ Immunity as to _____
- ☐ Other: _____

Comments:
See accompanying proposed Order Remanding Case to State Court

November 16, 2018                /s/
Date                             United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☐ This case is hereby DISMISSED immediately.
  - ☒ This case is hereby REMANDED to state court. Accordingly, the Ex Parte Application to Remand (Dkt. 6) is MOOT.

November 27, 2018                John A. Kronstadt /s/
Date                             United States District Judge

CV-73 (08/16)     ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*